# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLINTON STRANGE,<br><br>   Plaintiff,<br><br> vs.<br><br>NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska Domestic Limited Liability Company, NELNET, INC., a Nebraska Domestic Corporation, and GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.,<br><br>   Defendants. | **4:19CV3078**<br><br>**ORDER** |

  Pursuant to the Notice of Settlement (Filing No. 37) filed by the defendants,

  **IT IS ORDERED:**

  1. On or before **August 7, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

  2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

  3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

  Dated this 15th day of July, 2020.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge